UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 19-3057, 19-3058, 19-3059, 19-3254, and 19-3255
_____

In re:  NATIONAL MEDICAL IMAGING, LLC;
NATIONAL MEDICAL IMAGING HOLDING COMPANY, LLC,
Debtors

NATIONAL MEDICIAL IMAGING, LLC;
NATIONAL MEDICAL IMAGING HOLDING COMPANY, LLC,
Appellants in 19-3057, 19-3058 and 19-3059

v.

U.S. BANK, N.A.; LYON FINANCIAL SERVICES, INC.,
d/b/a U.S. Bank Portfolio Services; DVI RECEIVABLES XIV, LLC;
DVI RECEIVABLES XVI, LLC; DVI RECEIVABLES XVII LLC;
DVI RECEIVABLES XVIII, LLC; DVI RECEIVABLES, XIX LLC;
DVI FUNDING, LLC; ASHLAND FUNDING, LLC; JANE FOX

Ashland Funding, LLC,
Appellant in 19-3254

U.S. Bank, N.A.; Lyon Financial Services, Inc.;
DVI Receivables XIV, LLC; DVI Receivables XVI, LLC;
DVI Receivables XVII, LLC; DVI Receivables XVIII, LLC ;
DVI Receivables XIX, LLC; DVI Funding, LLC; Jane Fox,
Appellants in 19-3255
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Nos. 2-15-mc-0146, 2-15-mc-0147 and 2-16-cv-5044)
District Judge:  Hon. Cynthia M. Rufe
_____

Originally Submitted Under Third Circuit LAR 34.1(a)
June 11, 2020

Resubmitted August 25, 2020

Before:   JORDAN, MATEY, and ROTH, *Circuit Judges.*

_____

ORDER AMENDING OPINION AND JUDGMENT

_____

IT IS ORDERED that the slip opinion and judgment in the above case, filed August 25, 2020, be amended as follows:

Page1 of the caption of both the opinion and judgment:

Add "Originally" before "Submitted Under", and

Add "Resubmitted August 25, 2020" directly under "June 11, 2020".

By the Court,

 s/ Kent A. Jordan
Circuit Judge

Dated: October 16, 2020
CJG/cc: All Counsel of Record